

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00206-CV

**IN THE INTEREST OF J.G.A. AND M.A.A., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01023
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal, the State's brief was due on July 11, 2016. On the due date, the State filed a first motion for a twenty-day extension of time to file its brief. *See* TEX. R. APP. P. 38.6(b), (d).

The State's motion is GRANTED. The State's brief is due on August 1, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court